**IN THE SUPREME COURT OF PENNSYLVANIA**

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2852 Disciplinary Docket No. 3

                   Petitioner   :   No. 189 DB 2020

           v.             :   Attorney Registration No. 28134

                         :   (Allegheny County)

RICHARD S. ROSS,          :

           Respondent   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of March, 2022, upon consideration of the Report and Recommendations of the Disciplinary Board, Richard S. Ross is suspended from the Bar of this Commonwealth for a period of two years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).